SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    LAP THE CHUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0097 CRB |
| Plaintiff, | |
| v. | **LAP THE CHUNG'S [proposed] ORDER EXONERATING BAIL** |
| LAP THE CHUNG, | |
| Defendant. | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT:

    On March 13, 2013, this Court sentenced Mr. Chung in the above-entitled action. While this prosecution was pending, property had been posted in connection with Mr. Chung's release from custody. As documented in the Presentence Report, Mr. Chung complied with the conditions of pretrial release during his two years on pretrial release.

    GOOD CAUSE APPEARING, it is hereby ORDERED that bail be exonerated, and the Clerk of the Court is hereby ORDERED to return the property posted as security for Mr. Chung's release to the sureties/owners.

DATED: March 25, 2013

_____
United State[s District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*