**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6    UNITED STATES OF AMERICA,              3:11-CR-00097-2 CRB (JCS)
7                 Plaintiff,
                                            **CJA CONTRIBUTION ORDER**
8            v.
9    LAP THE CHUNG,
10               Defendant.
     _____/
11
12          It appearing that the defendant is financially able to contribute to the cost of his representation
13   under the Criminal Justice Act, 18 U.S.C. Section 3006(A),
14          IT IS HEREBY ORDERED THAT:
15   X_     The defendant is liable for a contribution of fifty (50) percent of all future CJA fees until the
            case is concluded or until further order of Court, commencing:
16
            X_     After payment of Scott Sugarman's Fourth Interim Voucher;
17
            ____   The first day of ____ and the first day of each month thereafter.
18
            **Please indicate that this is a CJA payment and include the case number as shown above.**
19
20          Payments shall be mailed to : Clerk, U.S. District Court
                                          450 Golden Gate Ave.
21                                        PO Box 36060
                                          San Francisco, CA 94102
22
23   X_     The defendant is liable for a one-time contribution of $24,274.98 due within ninety (90) days
            of **May 2, 2013.**
24
25          **Please indicate that this is a CJA payment and include the case number as shown above.**
26          Payments shall be mailed to : Clerk, U.S. District Court
                                          450 Golden Gate Ave.
27                                        PO Box 36060
                                          San Francisco, CA 94102
28

1   IT IS SO ORDERED.

2

3 Dated: May 7, 2013

               _____

4               JOSEPH C. SPERO

               United States Magistrate Judge